IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DEMONTRAE DIXON,<br><br>                Defendant. | 8:19-CR-323<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss, Filing 74, the Petition for an Offender Under Supervision, Filing 57.

IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 74, is granted; and

2. The Petition for an Offender Under Supervision, Filing 57, is dismissed.

Dated this 8th day of November, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge