IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DEMONTRAE DIXON,<br><br>                Defendant. | 8:19-CR-323<br><br>ORDER ON MOTION TO DISMISS |

This matter is before the Court on the Government's Motion to Dismiss the Petition for Offender Under Supervision. Filing 80; Filing 78. Being duly advised in the premises, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Petition for Offender Under Supervision, Filing 78, is dismissed;

2. The Arrest Warrant, Filing 79, is rescinded; and

3. The Clerk of Court is directed to send a copy of this order to the US Marshals.

Dated this 26th day of July, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge